UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE FOSTER, also known as GEORGE A. FOSTER, individually and doing business as FOSTER FLOORING, a sole ownership; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:21-cv-04922-SVW-ASx<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT<br><br>Before The Honorable Stephen V. Wilson |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that** plaintiffs, CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS, ("PLAINTIFFS"), have judgment against defendant, GEORGE FOSTER, also known as GEORGE A. FOSTER, individually and doing business as FOSTER FLOORING, as follows:

///

That JUDGMENT be entered in favor of CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION, a California non-profit corporation; and BOARD OF TRUSTEES FOR THE CARPENTERS SOUTHWEST TRUSTS for damages in the amount of $650,382.94. Interest at the legal rate will accrue from when the judgment is entered.

Dated: October 26, 2021

THE HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted by,

SHANLEY,
a Professional Corporation

By: ───────────────
STEPHEN ZELLER
Attorneys for Plaintiffs,
CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION
and BOARD OF TRUSTEES FOR
THE CARPENTERS SOUTHWEST
TRUSTS